UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LACEDRIC WILLIAM JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TODAN ASCENCIO,<br><br>        Defendant. | Case No.   5:25-cv-00795-EJD<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

Plaintiff filed a pro se civil rights complaint under 42 U.S.C. § 1983 against a correctional officer at San Quentin Rehabilitation Center ("SQRC"), where he was incarcerated at the time of filing. ECF No. 1.  Plaintiff moved for leave to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(b)(1).  ECF No. 2.  Finding that the amended complaint stated cognizable claims, the Court granted the motion.  ECF No. 8.

On February 10, 2026, Defendant filed a motion to revoke Plaintiff's IFP status because he is no longer a prisoner.  ECF No. 20.  Plaintiff filed opposition, ECF No. 21, and Defendant filed a reply, ECF No. 24.  On May 20, 2026, the Court granted Defendant's motion to revoke Plaintiff's IFP status and allowed Plaintiff fourteen (14) days to pay the balance of the filing fee or file a non-prisoner application.  ECF No. 25.  At that time, the Court specifically stated that "[f]ailure to respond to this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff."  *Id.* at 6.

In the time since the Court issued that Order, Plaintiff has neither paid the balance of the filing fee nor filed a non-prisoner application.  Consequently, the Court **DISMISSES** this case **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).  *Semtek Int'l Inc. v.*

United States District Court
Northern District of California

*Lockheed Martin Corp.*, 531 U.S. 497, 505 (2001) ("The primary meaning of 'dismissal without prejudice,' we think, is dismissal without barring the plaintiff from returning later, to the same court, with the same underlying claim.").

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 18, 2026

EDWARD J. DAVILA
United States District Judge

Case No.: 5:25-cv-00795-EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE
2